**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



**Dated: January 18 2011**

Mary Ann Whipple
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

In re: WALKER, MIKIE ALLEN         Case No.10-37361 - 7
       JONES, SHERA RENAI

           Debtor(s)                Judge MARY ANN WHIPPLE

### ORDER

This matter having come before the Court on the Motion for Turnover filed by the Trustee, the Court finds that the Movant has complied with the provisions of Local Rule 9013-1(a) and that no objection has been timely filed, the motion is well taken, and

**IT IS ORDERED** that the Debtor(s) shall surrender to the Trustee on or before April 15, 2011, a copy of the 2010 Federal and State of Ohio income tax returns with all attachments and the non-exempt portion of the 2010 Federal and State of Ohio income tax refunds for administration as part of the bankruptcy estate.