B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>Lucas County Department of Job and Family Services | DEFENDANTS<br>Shera Renai Jones |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>John Borell, LC Prosecutor's Office<br>Lucas County Courthouse, Ste. 250<br>Toledo, OH 43624<br>(419) 213-4728 | **ATTORNEYS** (If Known)<br>Diana Khouri<br>6300 Rockside Road #204<br>Cleveland, OH 44131<br>1-866-964-7875 |
| **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☑ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Dischargeability due to fraud, 11 U.S.C. section 523(a)(2)(A).

### NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☑ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 3,455.58 |

Other Relief Sought  Plus costs, amount to be determined.

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |||
|---|---|---|
| NAME OF DEBTOR<br>Shera Renai Jones | BANKRUPTCY CASE NO.<br>10-37361-maw ||
| DISTRICT IN WHICH CASE IS PENDING<br>Northern District of Ohio | DIVISION OFFICE<br>Western | NAME OF JUDGE<br>Mary Ann Whipple |
| RELATED ADVERSARY PROCEEDING (IF ANY) |||
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/John A. Borell |||
| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>John A. Borell ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO,
WESTERN DIVISION

| | |
|---|---|
| IN RE: | ADVERSARY NO. _____ |
| Shera Renai Jones | RELATED CASE NO. 10-37361-maw |
| | JUDGE: |
| Debtor, | |
| Lucas County Department of<br>Job and Family Services<br>3210 Monroe Street<br>P.O. Box 10007<br>Toledo, OH 43699-0007, | COMPLAINT TO DETERMINE<br>DISCHARGABILITY OF DEBT<br>FRAUDULENTLY INCURRED |
| Plaintiff, | Julia R. Bates,<br>Lucas County Prosecutor<br>John A. Borell, |
| v. | Assistant Prosecutor (0016461)<br>Lucas County Courthouse |
| Shera Renai Jones<br>828 Clifton Blvd.<br>Toledo, OH 43607, | 700 Adams Street, Ste. 250<br>Toledo, OH 43624<br>(419) 213-4728 Phone<br>(419) 213-2011 Fax |
| Defendant. | Counsel for Lucas County Dept.<br>of Job and Family Services |

**COMPLAINT**

Now comes Plaintiff, the Lucas County Department of Job and Family Services, hereinafter "Plaintiff", through counsel, and for its Complaint against Defendant – Debtor, Shera Renai Jones, hereinafter "Defendant", states as follows:

1. That, there is due and owing from Defendant to Plaintiff the total monetary sum of $3,455.58, and;

2. That, the aforesaid sum represents government assistance benefits in the form of publicly funded day care assistance wrongfully and/or unlawfully received by Defendant from Plaintiff during the period of January 5, 2005, through April 16, 2005;

3. That, the aforesaid government assistance benefits were wrongfully and unlawfully obtained by Defendant
    a. under false pretenses; as a result of one or more false representations; and/or as a result of actual fraud under 11 U.S.C. section 523 (a)(2)(A), to wit:
        Defendant deceived Plaintiff by knowingly failing to disclose to Plaintiff that she was not working during the period January 5, 2005, through April 16, 2005, which would have rendered her ineligible for publicly funded day care benefits but continued to use publicly funded day care during said time period.

4. Defendant, on or about, October 18, 2004, executed a document entitled "Addendum to Child Care Application- Child Care Agreement" (See attached Exhibit A) wherein Defendant acknowledges that she understands that Defendant is responsible for repayment of any unauthorized day care and that unauthorized day care usage constitutes fraud.

5. That, as a consequence of having fraudulently obtained these government benefits, as aforesaid, the monetary sum due and owing from Defendant to Plaintiff is <u>not</u> dischargeable in bankruptcy notwithstanding Defendant's October 29, 2010, filing of a Voluntary Bankruptcy Petition seeking such relief.

WHEREFORE, Plaintiff, respectfully prays this honorable court for an order declaring that the debt owed by Defendant to Plaintiff in the amount of $3,455.58 is <u>not</u> dischargeable pursuant to Title 11 USC Sections 523 (a)(2)(A); and for an order awarding Plaintiff all costs incurred in the pursuit of this lawsuit; and for such other and further relief as is just and equitable.

/s/John A. Borell,
Assistant County Prosecutor

# County of Lucas
## Department of Job & Family Services



3210 Monroe Street ▪ P.O. Box 10007
Toledo, Ohio 43699-0007
419-213-8999
www.state.oh.us/odjfs/county/lucas
**Isaac R. Palmer**
Director

BOARD OF COUNTY
COMMISSIONERS

HARRY BARLOS
PRESIDENT

MARGARET B. THURBER
TINA SKELDON WOZNIAK

## Addendum to Child Care Application (ODJFS 1138)
## Child Care Agreement

I understand and agree that I will use child care services **only** for the times when I am approved for by my case manager for school, employment, participating in Job Search/WEP or other _____. I also understand that I am responsible to pay for unauthorized day care myself and that I will lose the opportunity to have child care services through LCJFS if I owe money to the child care provider and/or center which cared for my child(ren). I understand that unauthorized usage constitutes fraud. That I can be denied child care services for misrepresentation of need, failure to report changes in need, or unauthorized usage.

_Sheila R. Jones_  10-18-04
Client Signature          Date

_____  _____
Work Activities Case Manager   Date

15
10-18-04

LCJFS 1601 (Rev. 05/03)    *An Equal Opportunity Employer*